UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 19 2023
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALL PETROLEUM-PRODUCT CARGO
ABORAD THE SUEZ RAJAN WITH
INTERNATIONAL MARITIME NUMBER
9524475,

Defendant.

Civil Action No. 1:23-cv-0882 (CJN)

### ORDER GRANTING MOTION FOR INTERLOCUTORY SALE

This matter is before the Court on Plaintiff's Motion for Interlocutory Sale of all petroleum-product cargo aboard the Suez Rajan with International Maritime Organization ("IMO") number 9524475 ("Defendant Property"), ECF No. 6. Based on the entire record, it is hereby:

**ORDERED** that the above described Defendant Property will be sold by the United States free and clear of any and all liens, claims, interests, and encumbrances in a commercially feasible manner and pursuant to the terms of Rule G(7)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, in a private sale by the United States Department of Justice, Department of Homeland Security, Federal Bureau of Investigation, United States Marshals Service or by either agency's contractor(s); it is further

**ORDERED**, that pursuant to Rule G(7)(b)(iii) and the sole party's request, the pleadings and this order for sale shall be placed under seal to protect the safety of the buyer and seller. The government may share this sealed order as necessary to effect the sale; it is further

**ORDERED**, that the government is directed to contact interested buyer(s) and seek a fair market value for this sale; it is further

**ORDERED**, that all net proceeds from the Sale, after payment of fees and expenses, shall be held in an interest-bearing account maintained by the Government pending the conclusion of the action; and it is further

**ORDERED**, that if the government is unable to obtain a reasonable sales price for the Defendant Property, as determined by the government in its sole discretion, no interlocutory sale shall occur.

The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order, including but not limited to, any matter, claim, or dispute arising from or relating to the Government's sale, the sale process, the sale procedures, any purchase and sale agreement for the petroleum products comprising the Defendant Property, and the implementation of this Order

DATE: April 19, 2023

_____
CARL J. NICHOLS
United States District Judge