UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALL PETROLEUM-PRODUCT CARGO ABOARD THE SUEZ RAJAN WITH INTERNATIONAL MARITIME NUMBER 9524475,<br><br>    Defendant. | Civil Action No. 23-0882 (CJN) |

**NOTICE OF FILING ACCOUNTING OF INTERLOCUTORY SALE**

By and through its undersigned counsel, Plaintiff United States of America ("United States" or "Government") respectfully submits this notice to account for the proceeds and costs of the interlocutory sale of the Defendant Property conducted pursuant to the Court's Order of April 19, 2023 (ECF No. 7).

As detailed in the attached declaration, the United States sold the Defendant Property for $83,531,999.95 and incurred reasonable and necessary costs incident to the sale in the amount of $8,850,856.62. Accordingly, the net proceeds of the interlocutory sale totaled $74,681,143.33 before interest. These proceeds are the substitute res in this matter. *See* Fed. R. Civ. P. Supp. R. G(7)(b)(iv). The United States is holding the substitute res in an interest-bearing account maintained by the Government pending the conclusion of the action as per the requirements of the Court's Order of April 19, 2023.

Dated: November 28, 2023
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

By:        */s/ Brian P. Hudak*
    BRIAN P. HUDAK
    Chief, Civil Division
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2549

RAJBIR DATTA
STUART D. ALLEN
Assistant United States Attorneys

*Attorneys for the United States of America*