UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action. No. 23-0882 (CJN) |
| ) | |
| ALL PETROLEUM-PRODUCT CARGO ) | |
| ABOARD THE SUEZ RAJAN WITH ) | |
| INTERNATIONAL MARITIME NUMBER ) | |
| 9524475, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF GENE PATTON

I, Gene Patton, under penalty of perjury hereby declare that the following is true and correct to the best of my knowledge and belief.

1. I am the Chief of the Program Operations Unit in the Money Laundering and Asset Recovery Section of the Criminal Division of the Department of Justice.

2. I provide this Declaration to attest to the accounting of the proceeds and costs of the interlocutory sale (the "Sale") of all petroleum-product cargo formerly aboard the *Suez Rajan*, a tanker bearing International Marine Organization No. 9524475 (the "Cargo"), as authorized by the Court's Order of April 19, 2023.

3. I provide this Declaration based on my own personal knowledge and those working with me in the Programs Operations Unit and other related components.

4. The accounting ledger attached hereto provides a true and correct accounting of the proceeds of the Sale and the fees and expenses that were reasonably necessary to complete the Sale in a commercially feasible manner within the jurisdiction of the United States.

- 2 -

5. All net proceeds from the Sale, after payment of fees and expenses, are now held in an interest-bearing account maintained by the Government pending the conclusion of the forfeiture action in this matter.

Further declarant sayeth not,

_____
GENE PATTON
Chief, Programs Operations Unit
Money Laundering and Asset Recovery Section

- 3 -

| Accounting for the Sale and Cost of Sale of Seized Petroleum-Product Cargo Aboard The Suez Rajan With International Maritime Number 9524475 Civ. A. No. 23-882 (CJN) | | |
|---|---|---|
| **Sale** | | **Total** |
| Quantity -- Total Oil Product Seized and Sold (in barrels) | | 976,900.22 |
| Price -- Weighted Average of NYMEX West Texas Intermediat Crude Oil Futures upon delivery | $ | 85.507 |
| Total Gross Proceeds (USD's) | $ | 83,531,999.95 |
| **Adjustment for Costs Incurred by Government** | | |
| Quality and Refinery Reconfiguration Adjustment | $ | 7,326,751.65 |
| Operational and Risk Deduction costs | $ | 1,524,104.97 |
| Total Cost Deduction | $ | 8,850,856.62 |
| **NET PROCEEDS FROM SALE** | $ | **74,681,143.33** |