Default - Rule 55A (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

Plaintiff(s)

v.

Civil Action: 1:23-cv-00882-CJN

ALL PETROLEUM-PRODUCT CARGO ABOARD THE SUEZ RAJAN WITH INTERNATIONAL MARITIME NUMBER 9524475

Defendant(s)

RE: ALL PETROLEUM-PRODUCT CARGO ABOARD THE SUEZ RAJAN WITH INTERNATIONAL MARITIME NUMBER 9524475

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served by publication on 10/11/2023, and an affidavit on behalf of the plaintiff having been filed, it is this 6th day of December, 2023 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ Michele M. Grady

Deputy Clerk