UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>ALL PETROLEUM-PRODUCT CARGO ABOARD THE SUEZ RAJAN WITH INTERNATIONAL MARITIME NUMBER 9524475,<br><br>      Defendant *in Rem*. | Civ. A. No. 23-882 (CJN) |

**MOTION FOR DEFAULT AND ORDER OF FORFEITURE**

Pursuant to Federal Rule of Civil Procedure 55 and Rule G(7) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Plaintiff, the United States of America, respectfully moves this Court for entry of Default Judgment and Final Order of Forfeiture of the Defendant Properties *In Rem* to the United States on the grounds set forth in the Verified Complaint for Forfeiture *In Rem*, which was filed on March 31, 2023. D.E. 1. No potential claimants have claimed an interest in the Defendant Property or otherwise defended the action, including an identified potential claimant who, was provided direct notice of this forfeiture action through fifteen (15) different email address and two (2) physical addresses.

On December 6, 2023, the Clerk of the Court entered Default. *See* D.E. 13.

A Memorandum of Law in Support of the United States' Motion for Entry of Default Judgment and Order of Forfeiture and a proposed Default Judgment and Final Order of Forfeiture is submitted herewith.

Dated: December 18, 2023

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

        By:     /s/ Rajbir Datta
           RAJBIR DATTA
            N.Y. Bar No. 5206073
           STUART D. ALLEN
           BRIAN P. HUDAK
           Assistant United States Attorneys
           601 D Street, NW
           Washington, DC 20530
           (202) 252-7566 (main line)

        *Attorneys for the United States of America*