UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   *Plaintiff*,<br><br>  v.<br><br>ALL PETROLEUM-PRODUCT CARGO ABORAD THE SUEZ RAJAN WITH INTERNATIONAL MARITIME NUMBER 9524475,<br><br>   *Defendant*. | Civil Action No. 1:23-cv-0882 (CJN) |

**ORDER**

On March 31, 2023, the United States of America filed a Verified Complaint for Forfeiture In Rem against the Defendant Property. ECF No. 1. The Verified Complaint alleges that the Defendant Property is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(G), as a domestic and foreign asset of the Islamic Revolutionary Guard Corps ("IRGC") and the Islamic Revolutionary Guard Corps-Qods Forces ("IRGC-QF"), both designated foreign terrorist organizations, which have engaged in planning and perpetrating federal crimes of terrorism as defined in 18 U.S.C. § 2332b(g)(5) against the United States, citizens or residents of the United States, or their property and as property that affords persons—including, without limitation, the National Iranian Oil Company ("NIOC"), the National Iranian Tanker Company ("NITC"), the Iranian Oil Terminals Company ("IOTC"), and the National Iranian South Oil Company ("NISOC")—sources of influence for the IRGC and the IRGC-QF within the meaning of 18 U.S.C. § 981(a)(1)(G)(i). The Verified Complaint also alleges that the Defendant Property is subject to forfeiture pursuant to 18

1

U.S.C. § 981(a)(1)(A) as property involved in and/or facilitating a violation of 18 U.S.C. § 1956(a)(2)(A), and any property traceable to such property.

It appearing that process was fully issued in this action and returned according to law:

1. On March 31, 2023, the United States of America commenced this action through the filing of a Verified Complaint or Forfeiture In Rem.  ECF No. 1

2. On April 10, 2023, the Court made a probable cause finding and issued a warrant for arrest in rem.   ECF No. 5.

3. On September 15, 2023, and September 16, 2023, direct notice of this forfeiture action was provided to Ocean Park Limited through fifteen different email addresses and two physical addresses in Hong Kong and India.  *See* ECF No. 12-1.

4. On September 12, 2013, notice was posted on an official internet government forfeiture site, for 30 consecutive days, in compliance with Supplemental Rule G(4)(b)(iv)(C).  *See* ECF Nos. 30, 32-2.

All persons interested in one or more of the Defendant Properties were required to file their claims with the Clerk of the Court at least 35 days after direct notice was sent or no later than 60 days after the first day of publication on the official internet government forfeiture site.  *See* Fed. R. Civ. P. Supp. R. G(4)(b)(ii)(B) (direct notice); G(5)(a)(ii)(B) (notice by internet publication).  As of the date of this filing, no party has filed a claim in response to direct or publication notice and the time for any party to file a claim has expired.

Accordingly, it is hereby

**ORDERED** that the government's motion for entry of default judgment, ECF No. 14, is **GRANTED**; and it is further

**ORDERED** that default judgment is entered against all persons or entities claiming an interest in the Defendant Property; and it is further

**ORDERED** that the Defendant Property shall be forfeited to the United States of America and no right, title, or interest in the following property shall exist in any other entity or person; and it is further

**ORDERED** that title to the Defendant Property is vested solely in the United States; and it is further

**ORDERED** that the Defendant Property shall be disposed of according to law.

This is a final and appealable order.

The Clerk of Court is directed to terminate this case.

DATE: April 30, 2024

CARL J. NICHOLS
United States District Judge